IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ADAPT PHARMA OPERATIONS LIMITED, ADAPT PHARMA INC., ADAPT PHARMA LIMITED, and OPIANT PHARMACEUTICALS, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC. and TEVA PHARMACEUTICAL INDUSTRIES LTD., <br><br> *Defendants*. | Civil Action No. 2:16-cv-07721 (BRM)(JAD) (consolidated) <br><br> **TRIAL SCHEDULING ORDER** |

**THIS MATTER** has been set for a bench trial on Monday, August 26, 2019, at 9:30 a.m. before this Court in Courtroom 1, 3rd Floor of the Post Office Building, Newark, New Jersey. You must be prepared and ready to proceed for trial at that time; no adjournments will be granted.

The timeline for pretrial motions and other trial matters shall be as follows:

1. The deadline to file trial briefs of no more than 30 pages is July 19, 2019;

2. The deadline to file opening motions in *limine*, including Daubert motions ("Pretrial Motions") is July 30, 2019;

3. The deadline to file oppositions to Pretrial Motions is August 13, 2019;

4. Oral argument on the Pretrial Motions will be scheduled before the Honorable Brian R. Martinotti, U.S.D.J., in due course;

5. No later than August 9, 2019, the parties shall submit to this Court a single numbered list of all exhibits, including a brief description and any objection to the

exhibit. The aforementioned item should be submitted to the Court in hard copy form delivered to chambers. A copy should also be provided to the Court in electronic format on diskette, preferably saved in Word.

6. For trial, all exhibits should be pre-marked and must include exhibit stickers. Copies of all trial exhibits must be prepared for the Judge, the Court Deputy, the Court Reporter, and opposing counsel. Hard copies of all pre-marked exhibits should be provided to the Court no later than August 26, 2019.

7. A status conference is scheduled for Thursday, August 22, 2019, at 11:00 a.m. before Judge Martinotti. The parties shall set up the technology for trial following the status conference.

**IT IS** on this 10th day of July, 2019, **SO ORDERED.**

_____
HONORABLE BRIAN R. MARTINOTTI
UNITED STATES DISTRICT JUDGE