UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

Judge: BRIAN R. MARTINOTTI  Date: 08/22/2019
Court Reporter:  Civil No: 16-7721

Title of the Case:

ADAPT PHARMA OPERATIONS LIMITED
v.
TEVA PHARMACEUTICALS INC.
*et al,*

Appearances:

Attorneys for Plaintiff(s):
J. Brugh Lower, Jessamyn S. Berniker, Ana C. Reyes, Kevin D. Hoagland-Hanson,
& Charles H. Chevalier

Attorneys for Defendant(s):
John Christopher Rozendaal, Paul A. Ainsworth, Liza Walsh & Hector D. Ruiz

**Nature of Proceedings**:

Status Conference held
Bench Trial set for 08/26/19 @ 9:15 am

Lissette Rodriguez, Courtroom Deputy
to the Honorable Brian R. Martinotti. USDJ

Time Commenced: 10:50 am
Time Concluded:   11:50 am