UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

Judge:   BRIAN R. MARTINOTTI                           Date: 08/26/2019
Court Reporters:   Megan McKay Soule              Civil No: 16-7721
                              Joanne Sekella

Title of the Case:

ADAPT PHARMA OPERATIONS LIMITED
v.
TEVA PHARMACEUTICALS INC.
*et al,*

Appearances:

Attorneys for Plaintiff(s):
J. Brugh Lower, Jessamyn S. Berniker, Ana C. Reyes, David M. Krinsky,
Kevin D. Hoagland-Hanson, & Charles H. Chevalier

Attorneys for Defendant(s):
John C. Rozendaal, Paul A. Ainsworth, Michael Joffre, Liza Walsh & Hector D. Ruiz

**Nature of Proceedings**: **(Bench Trial)**
Trial commenced before the Hon. Brian R. Martinotti
Opening Statements:    John C. Rozendaal on behalf of Defendant(s)
                                      Jessamyn S. Berniker on behalf of Plaintiff(s)
Limor Zahavi sworn on behalf Defendants *(deposition used)*
Hebrew Interpreters, Meir Turner & Ari Allan Schnall (stand-by only)
Lunch Recess (12:15 pm – 1:00 pm)
Dr. Mark Merlin sworn on behalf of Defendants *(deposition used)*
Trial without jury adjourned until 08/27/19 @ 8:30 a.m.

                                                                  Lissette Rodriguez, Courtroom Deputy
                                                                  to the Honorable Brian R. Martinotti. USDJ

Time Commenced: 9:15 am
Time Concluded:   4:15 pm