UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

Judge:   BRIAN R. MARTINOTTI             Date: 09/03/2019
Court Reporters:   Joanne Sekella        Civil No: 16-7721

Title of the Case:

ADAPT PHARMA OPERATIONS LIMITED
v.
TEVA PHARMACEUTICALS INC.
*et al,*

Appearances:

Attorneys for Plaintiff(s):
Jessamyn S. Berniker, David Krinsky, David M. Horniak, Charles H. Chevalier
 & Anthony H. Sheh

Attorneys for Defendant(s):
John C. Rozendaal, Michael Joffre & Liza Walsh

**Nature of Proceedings**: **(Bench Trial)**

Trial resumes before the Hon. Brian R. Martinotti
Stipulations & Exhibits moved into evidence
Soumyajit Majumdar, Ph.D., sworn on behalf of Plaintiff
Joint application to seal courtroom, portion of transcript and exhibits. Court Ordered application granted.
Videotaped testimony played of Sergey Shpichuk on behalf of the Plaintiff
Courtroom Sealed at 2:54 pm
Videotaped testimony of Sergey Shpichuk resumes
Courtroom Unsealed at 2:56 pm
Videotaped testimony of Sergey Shpichuk resumes
Scheduling Conference held on the record
Trial without jury adjourned until 09/05/19 @ 8:30 am

                                  Lissette Rodriguez, Courtroom Deputy
                                  to the Honorable Brian R. Martinotti. USDJ

Time Commenced: 12:55 pm
Time Concluded:    3:15 pm