UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

Judge:   BRIAN R. MARTINOTTI                                         Date: 09/05/2019
Court Reporters:   Megan McKay Soule/Joanne Sekella                  Civil No: 16-7721

Title of the Case:

ADAPT PHARMA OPERATIONS LIMITED
v.
TEVA PHARMACEUTICALS INC.
*et al,*

Appearances:

Attorneys for Plaintiff(s):
Jessamyn S. Berniker, Ana Reyes, David M. Horniak & Charles H. Chevalier

Attorneys for Defendant(s):
John C. Rozendaal, Michael Joffre & Liza Walsh

**Nature of Proceedings**: **(Bench Trial)**

Trial resumes before the Hon. Brian R. Martinotti
Exhibits moved into evidence
Thomas Begres sworn on behalf of the Plaintiff
Dr. Hugh Smyth resumes for Deft. (rebuttal, out-of-order)
Lunch Recess (12:05 pm – 1:15 pm)
Dr. Smyth resumes *(deposition used)*
Exhibits moved into evidence
Conference held in chambers
Trial without jury adjourned until 09/06/19 @ 9:00 am

                                                Lissette Rodriguez, Courtroom Deputy
                                                to the Honorable Brian R. Martinotti. USDJ

Time Commenced: 8:30 am
Time Concluded:   2:05 pm