UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ADAPT PHARMA OPERATIONS LIMITED, ADAPT PHARMA INC., ADAPT PHARMA LIMITED and OPIANT PHARMACEUTICALS, INC.,<br><br>    Plaintiffs,<br><br>  vs.<br><br>TEVA PHARMACEUTICALS USA, INC. and TEVA PHARMACEUTCIALS INDUSTRIES LTD.,<br><br>    Defendants. | Civil Action No. 2:16-cv-07721 (BRM)(JAD) |

**[PROPOSED] ORDER PERMITTING REBUTTAL SUMMATION**

This matter having been brought before the Court on defendants Teva Pharmaceuticals USA, Inc. and Teva Pharmaceuticals Industries Ltd. (collectively "Teva") application to reserve a portion of its argument time to be used in rebuttal after the plaintiffs Adapt Pharma Operations Limited, Adapt Pharma Inc., Adapt Pharma Limited and Opiant Pharmaceuticals, Inc., have completed their summation, and for other and good cause having been shown;

**IT IS ON THIS** _____ day of _____, 2020,

**ORDERED** that Teva is granted permission to reserve _____ minutes for rebuttal summation.

_____
Brian R. Martinotti
United States District Court Judge