Charles H. Chevalier
J. Brugh Lower
GIBBONS P.C.
One Gateway Center
Newark, New Jersey 07102
(973) 596-4500

*Counsel for Plaintiffs*
*Adapt Pharma Operations Limited,*
*Adapt Pharma Inc.,*
*Adapt Pharma Limited, and*
*Opiant Pharmaceuticals, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ADAPT PHARMA OPERATIONS LIMITED, ADAPT PHARMA INC., ADAPT PHARMA LIMITED, and OPIANT PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC. and TEVA PHARMACEUTICALS INDUSTRIES LTD., <br><br> Defendants. | Civil Action No. 16-7721 (BRM)(JAD) <br> (Consolidated) |

**PLAINTIFFS' NOTICE OF APPEAL**

Notice is hereby given that Plaintiffs Adapt Pharma Operations Limited, Adapt Pharma Inc., Adapt Pharma Limited, and Opiant Pharmaceuticals, Inc., appeal to the United States Court of Appeals for the Federal Circuit from this Court's Final Judgment (ECF No. 346), Opinion (ECF No. 341, 344), and Order (ECF No.. 342) in the above-captioned case; from any and all adverse rulings incorporated in, antecedent to, or ancillary to the Final Judgment; and from any

and all adverse interlocutory orders, judgments, decrees, decisions, rulings, and opinions, including but not limited to the Opinion and Order, that merged into and became part of the Final Judgment, that shaped the Final Judgment, that are related to the Final Judgment, or upon which the Final Judgment is based.  The Final Judgment was entered in this action on June 26, 2020.

| | |
|---|---|
| Date: July 23, 2020<br>Newark, New Jersey | Respectfully submitted, |
| *Of Counsel:* | s/ Charles H. Chevalier\_\_\_\_\_<br>Charles H. Chevalier |
| Jessamyn S. Berniker<br>Ana C. Reyes<br>David M. Krinsky<br>David H. Horniak<br>Jessica Palmer Ryen<br>Anthony Sheh<br>Kevin Hoagland-Hanson<br>Youlin Yuan<br>WILLIAMS & CONNOLLY LLP<br>725 Twelfth Street, N.W.<br>Washington, DC 20005<br>(202) 434-5000 | J. Brugh Lower<br>GIBBONS P.C.<br>One Gateway Center<br>Newark, New Jersey 07102<br>(973) 596-4611<br>cchevalier@gibbonslaw.com<br>jlower@gibbonslaw.com<br><br>*Counsel for Plaintiffs*<br>*Adapt Pharma Operations Limited,*<br>*Adapt Pharma Inc.,*<br>*Adapt Pharma Limited, and*<br>*Opiant Pharmaceuticals, Inc.* |

*Counsel for Plaintiffs*
*Adapt Pharma Operations Limited,*
*Adapt Pharma Inc., and*
*Adapt Pharma Limited*

Robert Green
Caryn Borg-Breen
Jessica Tyrus Mackay
GREEN, GRIFFITH & BORG-BREEN LLP
City Place, Suite 3900
676 N. Michigan Avenue
Chicago, IL 60611
(312) 883-8000

*Counsel for Plaintiff*
*Opiant Pharmaceuticals, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 23, 2020, true and correct copies of **PLAINTIFF'S NOTICE OF APPEAL** were caused to be served via electronic mail and ECF upon all counsel of record.

                                                    s/ Charles H. Chevalier
                                                    Charles H. Chevalier